UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KEENEN FISHER                                                                                      PLAINTIFF

V.                                                                        CIVIL ACTION NO. 3:26-CV-297-DPJ-ASH

INTERSTATE TASK FORCE ON
ILLEGAL GUNS, ET AL.                                                                            DEFENDANTS

ORDER

On July 3, 2026, United States Magistrate Judge Andrew S. Harris entered a Report and Recommendation [8], recommending that this case be transferred to the United States District Court for the Western District of New York.  Judge Harris observed that, based on Plaintiff's Complaint, it appears Plaintiff "wishes to effectively amend the complaint" in a 2022 case filed in the Western District of New York "by filing a new lawsuit here."  R&R [8] at 1 (citing *Fisher v. Bureau of Alcohol Tobacco & Firearms*, No. 6:22-CV-6440 (W.D.N.Y. filed Oct. 14, 2022)).

Plaintiff did not file an objection, and the time to do so has passed.  *See id.* at 5–6 (advising Plaintiff he had 14 days to file a written objection).  "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72(b) advisory committee's note (1983).

The Court, having considered the well-reasoned Report and Recommendation, finds it should be adopted as the finding of the Court.  This action is transferred to the United States District Court for the Western District of New York.

**SO ORDERED AND ADJUDGED** this the 22nd day of July, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE